


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAGRA USA, INC., NAGRAVISION S.A., and KUDELSKI, S.A.<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

FILED SEP 20 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

17   4222

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Nagra USA, Inc., Nagravision S.A., and Kudelski S.A. disclose the following:

1. Nagra USA, Inc. is a wholly owned subsidiary of Kudelski S.A.

2. Nagravision SA is a wholly owned subsidiary of Kudelski S.A.

3. Kudelski S.A. is a publicly traded company on the SIX Swiss Exchange.

4. No other publicly held entity owns 10% or more of the stock of Nagra USA, Inc., Nagravision SA, or Kudelski S.A.

Dated September 20, 2017

Martin J. Black (Pa. bar no. 54319)
Kevin M. Flannery (Pa. bar no. 62593)
Joseph J. Gribbin (Pa. bar no. 315445)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215.994.2664

1